**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| PATRICIA TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, and DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case № 2:18-CV-06116-ODW (MAAx)<br><br>**[PROPOSED]** **ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT [25]** |

The Court, having considered the parties' stipulation to Remand the matter to Los Angeles Superior Court, finds good cause and hereby **GRANTS** the parties' request.

Accordingly, the matter is hereby **REMANDED** pursuant to the terms of the Stipulation, as Case No. BC694708, to Los Angeles County Superior Court, Stanley Mosk Courthouse, 111 North Hill Street, Department 82, Los Angeles, Ca 90012.

**IT IS SO ORDERED.**

April 9, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**